Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-295Z |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING |
| ROBERTO EDEN MONTOYA, ) | TRIAL DATE |
| Defendant. ) | |

THIS MATTER comes before the Court on a motion by the United States to continue the trial date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice by depriving the government of an essential witness who could not be obtained by due diligence. The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial in this matter be continued to October 24, 2005, at 9:00 a.m., and that the time between the date of this Order and the

//
//
//
//
//

Order Continuing Trial
and Motions/CR05-295Z –1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1  new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United
2  States Code, Section 3161(h)(3)(A).
3        Dated this 7th day of October, 2005.

                                              _____
5                                                Thomas S. Zilly
6                                                United States District Judge

7  Presented by:

9  s/Douglas B. Whalley
   DOUGLAS B. WHALLEY
10 Assistant United States Attorney
11 United States Attorney's Office
12 601 Union Street, Suite 5100
13 Seattle, WA  98101-3903
   (206) 553-4882, Fax:  (206) 553-4440
14 E-mail: douglas.whalley@usdoj.gov
15 Washington State Bar #4625

Order Continuing Trial
and Motions/CR05-295Z –2